**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  12-cv-03233 |
| v. | ) | |
| | ) | Hon. John F. Grady |
| ALLSCRIPTS-MISY'S HEALTHCARE | ) | Magistrate Judge Hon. Jeffrey Cole |
| SOLUTIONS, INC., ALLSCRIPTS, | ) | |
| LLC, ALLSCRIPTS HEALTHCARE | ) | |
| SOLUTIONS, INC. and ALLSCRIPTS | ) | |
| HEALTHCARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
OF CERTAIN DEFENDANTS**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiff, PHYSICIANS HEALTHSOURCE,

INC. and Defendants, ALLSCRIPTS-MISY'S HEALTHCARE SOLUTIONS, INC.,

ALLSCRIPTS, LLC, ALLSCRIPTS HEALTHCARE SOLUTIONS, INC. and ALLSCRIPTS

HEALTHCARE, LLC,  hereby stipulate to the dismissal of Defendants, ALLSCRIPTS-MISY'S

HEALTHCARE SOLUTIONS, INC. and ALLSCRIPTS, LLC  without prejudice.


By: /s/ Brian J. Wanca                            By: /s/ David S. Almeida
Brian J. Wanca                                       David S. Almeida
ANDERSON + WANCA                      SHEPPARD MULLIN RICHTER
3701 Algonquin Road, Suite 760             & HAMPTON, LLP
Rolling Meadows, IL  60008                70 W. Madison Street, 48th Floor
                                                   Chicago, IL   60602


*Attorney for Plaintiff*                              *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


s/ Brian J. Wanca
One of Plaintiff's Attorneys