## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 12-cv-03233 |
| v. | ) ) | Magistrate Judge Cole |
| ALLSCRIPTS-MISY'S HEALTHCARE SOLUTIONS, INC., ALLSCRIPTS, LLC, ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., and ALLSCRIPTS HEALTHCARE, LLC | ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO STRIKE

Plaintiff, Physicians Healthsource, Inc. ("Plaintiff" or "PHI"), individually and on behalf of all others similarly situated, pursuant to Federal Rules of Civil Procedure 26(a)(1), 26(e), and 37(c)(1), respectfully requests that the Court enter an order striking the Declarations of nondisclosed witnesses, and striking all portions of Allscripts' Opposition to Class Certification that relies on the Declarations.

In support of this Motion, Plaintiff submits the attached Memorandum of Law.

Date: July 14, 2016

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., individually and as the representatives of a class of similarly-situated persons

s/ Ryan M. Kelly
Ryan M. Kelly

| | |
|---|---|
| Brian J. Wanca | George D. Jonson |
| Ryan M. Kelly | Matthew Stubbs |
| ANDERSON + WANCA | MONTGOMERY, RENNIE & JONSON |
| 3701 Algonquin Road, Suite 500 | 36 East Seventh Street, Suite 2100 |
| Rolling Meadows, IL 60008 | Cincinnati, Ohio 45202 |
| Telephone: 847-368-1500 | Telephone: 513-241-4722 |
| | |
| Phillip A. Bock | Max G. Margulis |
| BOCK & HATCH, LLC | MARGULIS LAW GROUP |
| 134 N. LaSalle Street, Suite 1000 | 28 Old Belle Monte Road |
| Chicago, IL 60602 | Chesterfield, MO 63017 |
| Telephone: 312-658-1500 | Telephone: 636-536-7022 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Ryan M. Kelly