**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>    v.<br><br>ALLSCRIPTS HEALTHCARE SOLUTIONS, INC. and ALLSCRIPTS HEALTHCARE, LLC<br><br>              Defendants. | No. 12-cv-03233<br><br>Hon. Magistrate Judge Jeffrey Cole |

**DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), ALLSCRIPTS HEALTHCARE SOLUTIONS, INC. and ALLSCRIPTS HEALTHCARE, LLC (collectively, "Allscripts"), by and through undersigned counsel, sets forth the following as its initial disclosures.

**I.    INTRODUCTORY STATEMENT**

These initial disclosures are based upon information reasonably available to Allscripts at this time. Allscripts reserves the right to supplement or to amend these disclosures at any time, should additional information become available. By making these disclosures, Allscripts does not represent that it is identifying every witness, document, tangible thing or piece of electronically stored information potentially relevant to this lawsuit, nor does Allscripts waive its right to object to the production of any document or tangible thing on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid objection. Rather, these

disclosures represent Allscripts' good faith effort to identify information subject to the disclosure requirements of Fed.R.Civ.P. 26(a)(1).

All of the disclosures set forth below are made subject to these comments and qualifications.

II.  **DISCLOSURES**

Subject to the foregoing Introductory Statement, Allscripts discloses the following information:

A.  **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless use would be solely for impeachment.**

- Mr. Nate Moster – Director of Marketing, Allscripts Healthcare, LLC

- Ms. Carissa Felix – Marketing Manager, Allscripts Healthcare, LLC

- Ms. Melissa Morrill (not currently employed by Allscripts)

- Ms. Laurie Mills – Executive Assistant, Allscripts Healthcare, LLC

- Mr. Matt Galassini – Senior Segment Marketing Specialist, Allscripts Healthcare, LLC

- Mr. Brian Moffett – Director of Product Support, Allscripts Healthcare, LLC

- Ms. Michele Westmoreland (not currently employed by Allscripts)

These persons should only be contacted through undersigned counsel.

B.  **A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims and defenses, unless the use would be solely for impeachment.**

During the course of the past year, Allscripts has produced a total of 21,481 pages of documents in response to Plaintiff's written discovery requests. As counsel for Plaintiff is

aware, the documents and electronically stored information produced by Allscripts principally relate to Allscripts' faxing practices and policies during the putative class period and the number of fax transmissions sent by or on behalf of Allscripts during this period.

**C. A computation of any category of damages claimed by the disclosing party—who must make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**D. For inspection and copying as under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

To the extent Allscripts has not already produced insurance policies in the course of its rolling production, Allscripts will produce all insurance policies responsive to this Disclosure.

DATED: August 7, 2014

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/ David S. Almeida
    One of Its Attorneys

David S. Almeida, ARDC #6285557
dalmeida@sheppardmullin.com
David M. Poell, ARDC #6302765
dpoell@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

*Counsel for Allscripts Healthcare Solutions, Inc. and Allscripts Healthcare, LLC*

3

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that a true and correct copy of the foregoing DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES was served upon the following counsel of record via email this 7th day of August, 2014:

Brian Wanca
Ryan Kelly
Ross Good
Michael Gardner
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, Illinois 60008
bwanca@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com
mgardner@andersonwanca.com

/s/ David S. Almeida