IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>     v.<br><br>ALLSCRIPTS-MISY'S HEALTHCARE SOLUTIONS, INC., ALLSCRIPTS, LLC, ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., and ALLSCRIPTS HEALTHCARE, LLC<br>                Defendant. | No. 12-cv-03233<br><br>Magistrate Judge Cole |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Christopher P.T. Tourek, pursuant to Local Rule 83.17, moves for an order granting him leave to withdraw as counsel for Plaintiff, Charles Christopher Johnson, ("Plaintiff"), and in support of his motion, states as follows:

1. I have been with the firm Bock, Hatch, Lewis & Oppenheim, LLC and have filed an appearance in this case as counsel for Plaintiff.

2. Pursuant to Local Rule 83.18, once an attorney has filed an appearance, that attorney may not withdraw from the case without first obtaining leave of Court.

3. As of December 14, 2016, I will no longer be with Bock, Hatch, Lewis & Oppenheim, LLC.

4. I respectfully request that this Court allow me to withdraw as counsel for Plaintiff, whom I represented while with Bock, Hatch, Lewis & Oppenheim, LLC.

WHEREFORE, Christopher P.T. Tourek respectfully requests that this Court grant him leave to withdraw and remove him as counsel for Plaintiff in this case.

Respectfully submitted,

/s/ Christopher P.T. Tourek

Christopher P.T. Tourek
Bock & Hatch LLC
134 N. LaSalle Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500